```
IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MARYLAND
```

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| ex. rel., CELESTE B. WISER, M.D. | * |
| | * |
| v. | *   Civil No. Y-96-2219 |
| | * |
| GERIATRIC PSYCHOLOGICAL | * |
| SERVICES, INC., ET AL. | * |

\*\*\*\*\*

## ORDER

The Honorable Joseph H. Young having entered a marginal order on November 3, 1999, staying all proceedings in this case, it is, this 9th day of March 2000

ORDERED that Relator's First Petition for Attorneys' Fees and Costs filed on June 24, 1999, be administratively closed, subject to being reopened upon notice by Relator after the termination of the bankruptcy proceeding filed by Ronald B. Hoekstra.

J. Frederick Motz
United States District Judge

