IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FEE PAID
_____ FEE NOT PAID
(SEND LETTER)

United States of America ex rel.
Celeste B. Wiser, M.D.

Plaintiff(s)

vs.

Geriatric Psychological Services, Inc.,
et al

Defendant(s)

Civil Action No. Y-96-2219

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 3 1 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Stephen H. Sachs__ Esquire a member of the Bar of this court, moves the admission of __John Rounsaville, Jr.__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Timothy J. O'Shaughnessy__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the ~~State(s) of~~ __District of Columbia__

and/or the following United States Court(s): __District of Columbia Court of Appeals, U.S. District Court for the District of Columbia, Court of Appeals for the Second Circuit, Court of Appeals for the Third Circuit, Court of Appeals for the Ninth Circuit, Court of Appeals for the Fourth Circuit__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __n/a__

[Stamp: 2000 AUG 21 P 2: 47  CLERK'S OFFICE AT BALTIMORE  DEPUTY  FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND]

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| /s/ [signature] | /s/ [signature] |
| Signature | Signature |
| Wilmer, Cutler & Pickering | Wilmer, Cutler & Pickering |
| 2445 M Street, NW | 2445 M Street, NW |
| Address | Address |
| Washington, DC  20037 | Washington, DC  20037 |
| 202-663-6049 | 202-663-6328 |
| Office phone number | Office phone number |
| 202-663-6363 | 202-663-6363 |
| Fax number | Fax number |
| 03508 | |
| Md. U. S. District Court Number | |

_____ FILED   _____ ENTERED
_____ LODGED  _____ RECEIVED

## ORDER

AUG 2 1 2000

Motion ___✓___ GRANTED

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Motion ___✓___ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.    BY _____ DEPUTY

Motion _____ DENIED

August 21, 2000                              /s/ [signature]
Dated                                        Judge, U. S. District Court